DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689

Writer's Direct Dial: (202) 775-4783
E-Mail Address: RobinsJ@dsmo.com

November 30, 2004

Ms. Magalie Roman Salas
Secretary
Federal Energy Regulatory Commission
888 First Street, N.E., Room 1A
Washington, DC 20426

Re: KeySpan LNG, L.P., Docket Nos. CP04-223-000 and CP04-293-000
Coastal Zone Consistency Certification

Dear Ms. Salas:

KeySpan LNG, L.P. ("KeySpan LNG") hereby resubmits its coastal zone consistency certification for its proposed LNG Terminal Project. Consistent with the requirements of 15 CFR §930.57(b), KeySpan LNG certifies that the proposed activity complies with the enforceable policies of Rhode Island's approved management program and will be conducted in a manner consistent with such program. As required by 15 CFR §930.57(a), KeySpan LNG is furnishing the Rhode Island Coastal Resources Management Council, with a copy of this certification and the data and information necessary to support it.

Pursuant to 18 CFR § 385.2010, KeySpan LNG is contemporaneously serving a copy of this filing on each party on the Commission's official service list for the above referenced dockets. It is also providing copies of the filing to Commission Staff and Natural Resources Group, Inc.

Thank you for your assistance. If you have any questions regarding this filing, please contact me at 202-775-4783.

Sincerely,

Janet M. Robins

Janet M. Robins
Attorney for
KeySpan LNG, L.P.

cc: Service List
David Swearingen, FERC
Environmental Project Manager
Fran Lowell,
Natural Resource Group, Inc.