C

RECEIVED
FEB - 2 2005
HOLLAND & KNIGHT LL

**State of Rhode Island and Providence Plantations**

COASTAL RESOURCES MANAGEMENT COUNCIL
Oliver Stedman Government Center
4808 Tower Hill Road
Wakefield, RI 02879
(401) 783-3370

Michael M. Tikoian
Chairman

Grover J. Fugate
Executive Director

January 31, 2005

Gregory L Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

***RE: KeySpan LNG, L.P. (Plant Upgrade – Providence, RI)***

Dear Mr. Benik:

The Coastal Resources Management Council ("CRMC") has jurisdiction over the liquefied natural gas ("LNG") import terminal upgrade project in Providence Harbor ("Project") proposed by KeySpan LNG, L.P. ("KeySpan"). By this letter, the CRMC concludes that, before the Project may proceed, KeySpan is required by law to (i) obtain a federal consistency determination, and (ii) comply with the Category B Assent process, both pursuant to the federal Coastal Zone Management Act ("CZMA"). 16 U.S.C. § 1451-64.

In making these determinations, we rely on governing federal and state laws and regulations, including but not limited to, state law and common law relating to the public trust doctrine. In addition, we have reviewed KeySpan's correspondence withdrawing its Category B Assent request dated December 1, 2004, as well as filings by KeySpan regarding the purported nature and scope of the CRMC's jurisdiction over the Project. We also have reviewed the submissions by other interested parties regarding the issues at hand.

The CZMA delegates to states the authority to develop and implement management programs in order "to achieve wise use of the land and water resources of the coastal zone." 16 U.S.C. § 1452(2). Accordingly, Rhode Island has adopted the Coastal Resources Management Program ("Program") to manage its coastal waters and adjacent shore lands, and the CRMC has been vested with the authority to implement the Program. R.I. Gen. Laws § 46-23-6 (2004). The Program was federally approved in 1978. R.I. Code R. 04 000 010, § 400 (2004). Under the Program, federal licensees must demonstrate federal consistency as well as compliance with the Category B Assent process. R.I. Code R. 04 000 010, § 400. A federal licensee is any entity required by law to obtain a permit or license for its proposed project. 15 C.F.R. § 930.51 (2004); R.I. Code R. 04 000 010, § 400(B)(3).

KeySpan is a federal licensee under the CZMA because it has sought a certificate of public convenience and necessity from the Federal Energy Regulatory Commission ("FERC") to build an LNG import terminal in Providence Harbor. *KeySpan LNG, L.P.*, "Application for Authorization of a Liquefied Natural Gas Terminal," Docket No. CP04-223 (Apr. 30, 2004). In order to comply with the CZMA, therefore, KeySpan must submit for – and obtain – a federal consistency certification and a Category B Assent.

KeySpan's required Category B Assent application is not before the CRMC._Therefore, KeySpan's December 1, 2004 filing does not contain all the required information for the CRMC to carry out its federally delegated duties under the CZMA. In order for the CRMC to proceed with its review of the Project, KeySpan must file its Category B Assent application and supplement its federal consistency certification information as and when required by the CRMC.

Upon receipt of the Category B Assent application the CRMC will review and determine whether KeySpan's entire filing is complete. When it is deemed complete, the six-month review period required by law will begin. 16 U.S.C. § 1456(c)(3)(A); 15 C.F.R. § 930.60 (2004). At that time, KeySpan's application will be put out to public notice and comments, pursuant to CRMC procedures. R.I. Code R. 04 000 010, § 110.2 (2004). Additionally, in order to accomplish the CRMC review within six months of the completed filing, the CRMC anticipates convening a pre-hearing conference.

This letter is not a substantive determination regarding the Project under the CZMA. A final determination by the CRMC will be made on a timely basis after a completed application has been received and reviewed by the CRMC.

Any questions regarding the determinations herein should be addressed to my attention.

Grover J. Fugate, Executive Director
Coastal Resources Management Council

GJF/lam
cc: Michael M. Tikoian, Chairman, CRMC