AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

KEYSPAN LNG, L.P.

**SUMMONS IN A CIVIL CASE**

V.

THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their capacities as Members of the Rhode Island Coastal Resources Management Council

CASE NUMBER: C.A. NO. 05-091L

TO: (Name and address of Defendant)

TO: Brian Goldman, Esq., in his Capacity as counsel
to the Rhode Island Coastal Resources Management Council
and the Members thereof
Mackie & Reilly
681 Smith Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory L. Benik, Esq., Holland & Knight LLP, One Financial Plaza, Suite 1800, Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Frani C M Calo

DATE 2/28/05

(By) DEPUTY CLERK

(2)