**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| **THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL;[1] MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council** | ) | |

**STATE OF RHODE ISLAND'S MOTION FOR SUBSTITUTION OF PARTY-DEFENDANT**

Defendants move to substitute the state of Rhode Island for the Rhode Island Coastal Resources Management Council ("CRMC") in that the CRMC has no separate legal identity apart from the State.

[1] The Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued. Rhode Island Coastal Resources Management Council ("CRMC") is a state agency created by an Act of the Rhode Island General Assembly whose powers and duties are set forth at R.I. Gen. Laws §§ 46-23-1 *et seq.* The naming of the Coastal Resources Management Council must be treated as the naming of the State.

3

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,
by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

Paul J. Roberti, (#4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to those listed below, on this 7th day of March, 2005.

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

\\Attg5\Civil\M. Rubin\CASES\Keyspan\Pleadings KeySpan v. CRMC\State of RI's Motion for Substitution of Party-Defendant.doc

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| | ) | |
| **THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL;[1] MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council** | ) | |

**MEMORANDUM IN SUPPORT OF STATE OF RHODE ISLAND'S MOTION FOR SUBSTITUTION OF A PARTY-DEFENDANT**

KeySpan itself pleads, in paragraph four of its Complaint that "Defendant Rhode Island Coastal Resource Management Council ('CRMC') is a state agency created by an Act of the Rhode Island General Assembly whose powers and duties are set forth at R.I. Gen. Laws §§ 46-23-1 *et seq.*, . . .." Likewise, the Statute itself simply states: "**46-23-2**. Coastal Resources Management Council Created — Appointment of Members. There is hereby created the coastal resources management council."

---

[1] The Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued. Rhode Island Coastal Resources Management Council ("CRMC") is a state agency created by an Act of the Rhode Island General Assembly whose powers and duties are set forth at R.I. Gen. Laws §§ 46-23-1 *et seq.* The naming of the Coastal Resources Management Council must be treated as the naming of the State.

It is self-evident that the Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued. The naming of the Coastal Resources Management Council must be treated as the naming of the state.

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,
by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

Paul J. Roberti, (#4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing was mailed to those listed below, on this 7th day of March, 2005.

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

\\Attg5\Civil\M. Rubin\CASES\Keyspan\Pleadings KeySpan v. CRMC\Memorandum in Support of State of RI's Motion for Substitution of Party-Defendant.doc