**UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| | ) | |
| **THE RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL, et al**[1] | ) | |

**MOTION FOR LEAVE TO EXCEED PAGE-LIMITS**

The State of Rhode Island requests leave to file a memorandum in support of State of Rhode Island's motion of preliminary injunction (staying the 6-month review period under the Coastal Zone Management Act) in excess of the page limit to accommodate the need for the discussion of the issues associated with this litigation and allow for sufficient explanatory support for the complex matters before this Court.

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,
by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory L. Benik, Esq., Holland & Knight, One Financial Plaza, Suite 1800, Providence, RI 02903, on this 8th day of March, 2005.

[1] The Coastal Resources Management Council ("CRMC") has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued. *See* R.I. Gen. Laws §§ 46-23-1 *et seq.* The naming of the CRMC must be treated as the naming of the State.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| | ) | |
| **THE RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL, et al**[1] | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE-LIMITS**

The State of Rhode Island supports its request as follows:

1. This case concerns Plaintiff's proposed private project on land, ownership of which lies in the Defendant State of Rhode Island under the Public Trust Doctrine. Therefore, this case necessarily involves an implicit claim that federal regulations pre-empt or supercede State land ownership.

2. The motion for preliminary injunction, therefore, touches upon important issues concerning whether the Federal government, by mere use of regulation, and without invoking the Federal Navigation Servitude or eminent domain has, or even could, pre-empt State ownership of public trust lands. Moreover, the motion directly raises the issue of whether, in the first instance, such issue even belongs in Federal Court.

3. This case, therefore involves, concerns the extent the to which the Eleventh Amendment protects against claims adverse to State sovereign ownership under the Public Trust Doctrine; This case will be one of the first to apply the U.S. Supreme Court's decision in the Idaho v. Couer D'Alene Tribe of Idaho, 521 U.S. 261 (1977) case in a regulatory context.

---

[1] The Coastal Resources Management Council ("CRMC") has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued. *See* R.I. Gen. Laws §§ 46-23-1 *et seq.* The naming of the CRMC must be treated as the naming of the State.

4. Plaintiff's pleading, rather than being purely a statement of factual allegations, instead consists largely of assertions of legal conclusions and arguments as to the law. Thus, Plaintiff took advantage of the lake of page limitation on pleadings to expand upon its legal arguments. Defendants will labor under a dis-advantage unless the Court relaxes the traditional page limit for memoranda with respect to the forthcoming Memorandum.

5. Counsel has endeavored to be concise.

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,

by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116

Paul J. Roberti, (#4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory L. Benik, Esq., Holland & Knight, One Financial Plaza, Suite 1800, Providence, 02903, on this 8th day of March, 2005.

\\Attg5\Civil\M. Rubin\CASES\Keyspan\Pleadings KeySpan v. CRMC\Memorandum in Support of Motion for Leave to Exceed Page-limits.doc