UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Keyspan LNG, L.P.

VS. CA NO. 05-91L

The RI Coastal Resources Management
Council, et al

**ORDER**

I hereby recuse myself from the above-entitled action.

ENTER:
Ronald R. Lagueux
Ronald R. Lagueux
Senior United States District Judge
DATED: 3/22/05

BY ORDER
*Barbara J. Gilfillan*
Deputy Clerk

DATED:

11