**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,**<br><br>**PLAINTIFF,**<br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,**<br><br>**DEFENDANTS.** | ) | **C.A. NO. 05-091-L** |

**PLAINTIFF KEYSPAN LNG, L.P.'S OBJECTION TO THE CITY OF EAST PROVIDENCE'S MOTION TO INTERVENE**

The Plaintiff, Keyspan LNG, L.P. ("KLNG"), objects to the City of East Providence's ("East Providence") motion to intervene pursuant to Fed. R. Civ. P. 24. Specifically, East Providence fails to establish the requisite elements required under Fed. R. Civ. P. 24(a)(2) given that it: (1) fails to establish a direct interest in the lawsuit; (2) fails to demonstrate an impairment to protecting its alleged interest; and (3) fails to rebut the presumption that it is adequately represented by an existing party. Likewise, East Providence also fails to demonstrate grounds sufficient to establish permissive intervention under Fed. R. Civ. P. 24(b). In further support of its opposition, KLNG submits the accompanying memorandum of law.

12

**KEYSPAN LNG, L.P.**
By its Attorneys,

Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 21st day of March, 2005.

COUNSEL FOR
THE STATE OF RHODE ISLAND
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

COUNSEL FOR CRMC

Brian A. Goldman (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

[signature]

# 2705538_v1