**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| | ) | |
| **RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL;[1] *et al*** | ) | |

**MOTION TO EXCEED 5-PAGE LIMIT WITH RESPECT TO SUPPORTING DOCUMENTATION FOR FORTHCOMING MOTION FOR TEMPORARY RESTRAINING ORDER**

The State of Rhode Island moves as indicated above. A memorandum is attached.

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,
by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116

Paul J. Roberti, (#4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231

Brian A. Goldman, Esq., (# 3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory Benik, Holland & Knight, One Financial Plaza, Suite 1800, Providence, RI 02903, on this 24th March, 2005.

\\Attg5\Civil\M. Rubin\CASES\Keyspan\KeySpan v. CRMC\Pleadings KeySpan v. CRMC\Motion to exceed 5-page limit.doc

[1] The Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued.

13

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091L** |
| | ) | |
| **RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL;[1] *et al*** | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO EXCEED 5-PAGE LIMIT WITH RESPECT TO SUPPORTING DOCUMENTATION FOR FORTHCOMING MOTION FOR TEMPORARY RESTRAINING ORDER**

The State of Rhode Island, in order to show threatened irreparable harm to its parallel dual-track permitting program, and in order to show threatened irreparable costs to the tax-payers, seeks to submit the Affidavit of Grover Fugate which, in turn, may include attachments, all not to exceed **20 pages** in the aggregate. Mr. Fugate is the Director of the Coastal Resource Management Council and, given sufficient space, can clarify the complex facts for the Court.

Respectfully submitted,
for Defendants,
ATTORNEY GENERAL PATRICK C. LYNCH

Michael Rubin, (#3656)
Special Assistant Attorney General
150 So. Main St., Prov, R.I. 02903
Tel: (401) 274-4400 Ext. 2116

Paul J. Roberti, (#4447)
Assistant Attorney General
150 So. Main St., Prov, R.I. 02903
Tel: (401) 274-4400 Ext. 2231

Brian A. Goldman, Esq., (# 3940), Counsel for CRMC
681 Smith Street, Prov, R.I. 02903
Tel: (401) 521-4100

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory Benik, Holland & Knight, 1 Financial Plaza, Ste. 1800, Prov., RI 02903, on this 24th March, 2005.

\\Attg5\Civil\M. Rubin\CASES\Keyspan\KeySpan v. CRMC\Pleadings KeySpan v. CRMC\Memo in Support of Motion to exceed 5-page limit.doc

[1] The Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued.