UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEYSPAN LNG, L.P.,<br><br>PLAINTIFF,<br>v.<br><br>THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,<br><br>DEFENDANTS. | C.A. NO. 05-091-L S |

**MOTION OF PLAINTIFF KEYSPAN LNG, L.P. TO FILE A MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF TEN PAGES AND FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANTS' MOTION**

The Plaintiff, Keyspan LNG, L.P. ("KLNG"), moves the Court for permission to file a memorandum of twenty-five (25) pages in response to the Defendants' Motion for Preliminary Injunction and for an extension of time up to and including April 4, 2005 to file Plaintiff's response to that motion. The Plaintiff requests this additional time and page space in order to adequately respond to the numerous issues raised in the Defendant's twenty-three (23) page memorandum of law supporting its Motion for Preliminary Injunction. Moreover, the Defendants have agreed that they will not object to this motion and therefore will not suffer any

(14)

prejudice as a result of these requests. In further support of this motion, KLNG submits the accompanying memorandum of law.

WHEREFORE, the Plaintiff, Keyspan LNG, L.P., respectfully requests that this Court allow an order granting the following:

1. That Plaintiff Keyspan LNG, L.P. has up to and including April 4, 2005 to file its response to the Defendants' Motion for Preliminary Injunction; and

2. That Plaintiff Keyspan LNG, L.P. can submit a twenty-five (25) page memorandum of law supporting its opposition to the Defendants' Motion for Preliminary Injunction.

**KEYSPAN LNG, L.P.**
By its Attorneys,

Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 24th day of March, 2005.

COUNSEL FOR
THE STATE OF RHODE ISLAND
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

COUNSEL FOR CRMC

Brian A. Goldman (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

Michele Charette

# 2682179_v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,**<br><br>**PLAINTIFF,**<br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,**<br><br>**DEFENDANTS.** | ) | **C.A. NO. 05-091-L** |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF KEYSPAN LNG, L.P.'S MOTION FOR AN EXTENSION OF THE PAGE LIMIT AND AN EXTENSION OF THE TIME FOR RESPONDING TO DEFENDANTS' MOTION**

The Plaintiff, Keyspan LNG, L.P. ("KLNG"), has filed two motions with this Court seeking the following: (1) authorization to enlarge the time to respond to the Defendants' motion for a preliminary injunction from March 28, 2005 to April 4, 2005; and (2) permission to extend the page limit on the memorandum of law opposing the Defendants' motion to twenty-five pages. Because the Defendants have raised a number of complex issues in their memorandum of law supporting their motion for a preliminary injunction (the "Defendants Memorandum" or "Memorandum"), KLNG requests that it be given sufficient time and page space to properly respond to these issues. Moreover, the Defendants—who have already been granted a similar

page-limit extension—have indicated that they will not object to this motion and therefore will not be prejudiced by these requests.

On March 1, 2005, KLNG served the Rhode Island Coastal Resources Management Council and its individual members ("CRMC") with a verified complaint seeking a declaratory judgment and injunctive relief establishing that the federal Natural Gas Act ("NGA"), 15 U.S.C. §§ 717 *et seq*., the recodified federal Natural Gas Pipeline Safety Act ("NGPSA"), 49 U.S.C. §§ 60101 *et seq*., and the federal regulations promulgated thereunder preempt the CRMC regulatory program delineated in R.I. Gen. Laws §§ 46-23-1 *et seq.* and the regulations adopted thereunder. Although the gravamen of this lawsuit focuses on a single issue of law concerning federal preemption, the Defendants have injected a number of extrinsic issues, including a motion for preliminary injunction based primarily upon its potential Eleventh Amendment defense.

On March 8, 2005, the Defendants filed a motion for leave to extend the page limit for their anticipated motion for preliminary injunction. KLNG agreed not to object to this motion and the Court allowed the motion on March 10, 2005. A week later on March 17, 2005, the Defendants filed their motion for preliminary injunction, delineating the grounds for this motion in the twenty-three (23) page Memorandum. The Memorandum raised a number of complex issues concerning, among other things, the Defendants' potential Eleventh Amendment defense and the Defendants' attempt to utilize the inapposite holding in the Supreme Court decision in *Idaho v. Coeur d'Alene Tribe of Idaho*, 521 U.S. 261 (1997).

To adequately respond to the Defendant's Memorandum, the Plaintiff has moved for an enlargement of the time for responding by one week, and an expansion of the page limit to 25 pages. The Eleventh Amendment issues raised by the Defendants are critical to this case and require adequate attention to assist this Court in making the proper adjudication. The Plaintiff

will use this additional time and page space to ensure that this Court has all of the factual and legal material sufficient for deciding the Defendants' motion, including the case law necessary to demonstrate that the holding in *Coeur d' Alene* is inapposite. Moreover, it would only be fair that the Plaintiff be allowed twenty-five (25) pages to respond to the arguments delineated in the Defendants' twenty-three (23) page Memorandum. As already noted, the Defendants have indicated that they will not object to this motion and will suffer no prejudice from these modest requests. Therefore, for these reasons, the Plaintiff respectfully requests that this Court allow these motions.

**KEYSPAN LNG, L.P.**
By its Attorneys,

Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 24th day of March, 2005.

COUNSEL FOR
THE STATE OF RHODE ISLAND
PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

COUNSEL FOR CRMC

Brian A. Goldman (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

Michele Charette

# 2715529_v1