UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED MAR 24 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEYSPAN LNG, L.P. | ) | |
| | ) | |
| v. | ) | C.A. NO. 05-091L S |
| | ) | |
| RHODE ISLAND COASTAL | ) | |
| RESOURCES MANAGEMENT COUNCIL;[1] *et al* | ) | |

**MOTION TO EXCEED 5-PAGE LIMIT WITH RESPECT TO SUPPORTING DOCUMENTATION FOR FORTHCOMING MOTION FOR TEMPORARY RESTRAINING ORDER**

The State of Rhode Island moves as indicated above. A memorandum is attached.

Respectfully submitted,
THE STATE OF RHODE ISLAND
for Defendants,
by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, R.I. 02903
Tel: (401) 274-4400 Ext. 2116

Paul J. Roberti, (#4447)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2231

Brian A. Goldman, Esq., (# 3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

GRANTED
William E. Smith
3/25/05

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory Benik, Holland & Knight, One Financial Plaza, Suite 1800, Providence, RI 02903, on this 24th March, 2005.

\\Attg5\Civil\M. Rubin\CASES\Keyspan\KeySpan v. CRMC\Pleadings KeySpan v. CRMC\Motion to exceed 5-page limit.doc

[1] The Rhode Island Coastal Resources Management Council has no legal existence separate and apart from the State of Rhode Island and has no capacity to sue or be sued.

15