RECEIVED
MAR 2? 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEYSPAN LNG, L.P., PLAINTIFF, | ) | |
| v. | ) | |
| THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council, | ) | C.A. NO. 05-091-L |
| DEFENDANTS. | ) | |

**MOTION OF PLAINTIFF KEYSPAN LNG, L.P. TO FILE A MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION IN EXCESS OF TEN PAGES AND FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANTS' MOTION**

The Plaintiff, Keyspan LNG, L.P. ("KLNG"), moves the Court for permission to file a memorandum of twenty-five (25) pages in response to the Defendants' Motion for Preliminary Injunction and for an extension of time up to and including April 4, 2005 to file Plaintiff's response to that motion. The Plaintiff requests this additional time and page space in order to adequately respond to the numerous issues raised in the Defendant's twenty-three (23) page memorandum of law supporting its Motion for Preliminary Injunction. Moreover, the Defendants have agreed that they will not object to this motion and therefore will not suffer any

GRANTED
William E. Smith
U.S. District Judge
3/25/05

18

prejudice as a result of these requests. In further support of this motion, KLNG submits the accompanying memorandum of law.

WHEREFORE, the Plaintiff, Keyspan LNG, L.P., respectfully requests that this Court allow an order granting the following:

1. That Plaintiff Keyspan LNG, L.P. has up to and including April 4, 2005 to file its response to the Defendants' Motion for Preliminary Injunction; and

2. That Plaintiff Keyspan LNG, L.P. can submit a twenty-five (25) page memorandum of law supporting its opposition to the Defendants' Motion for Preliminary Injunction.

**KEYSPAN LNG, L.P.**
By its Attorneys,

Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile