UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEYSPAN LNG, L.P.,<br>Plaintiff<br><br>vs.<br><br>THE RHODE ISLAND COASTAL<br>RESOURCES MANAGEMENT COUNCIL<br>Defendant | C.A. No.: 05-091 L |

ENTRY OF APPEARANCE

I, Peter D. Ruggiero, enter my appearance on behalf of the prospective intervener City of Warwick, in the above-referenced proceeding.

Respectfully Submitted,
CITY OF WARWICK
By Their Attorney,

Peter D. Ruggiero (#5733)
Assistant City Solicitor
RUGGIERO, ORTON & BROCHU
20 Centerville Road
Warwick, Rhode Island 02886
(401) 737-8700 (tel)
(401) 737-0735 (fax)

March 29, 2005

20

CERTIFICATION

I, the undersigned, do hereby certify that on the 29 day of March 2005, I served a true and accurate copy of the foregoing via U.S. mail, first class, postage prepaid upon the following persons:

Gregory L. Benik
HOLLAND & KNIGHT, LLP
One Financial Center, Suite 1800
Providence, Rhode Island 02903

Michael Rubin
RI Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903

Mary Ann Leonard