UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEYSPAN LNG, L.P.
Plaintiff(s)

v.

C.A. No. 05-091-S

THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.
Defendant(s)

FILED MAR 30 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff/~~defendant~~ KEYSPAN LNG, L.P. hereby moves that Beth L. Webb be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: energy law and procedures before the Federal Energy Regulatory Commission.
- Pro hac vice counsel's long-standing representation of the client: 20 years.
- The local trial bar lacks experience in the field of: ______.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______.

[Plaintiff/~~Defendant~~]
By: [signature]
Attorney for
KEYSPAN LNG, L.P.

DATED: March 30, 2005

24

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Maryland & District of/ Columbia and the following federal district court bar(s) ______________________, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: none.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Beth L. Webb, Esq.<br>Name | Gregory L. Benik, Esq.<br>Local Associate Counsel |
| | 1515<br>R.I. Bar ID # |
| Dickstein Shapiro Morin & Oshinsky LLP<br>Firm Name | Holland & Knight LLP<br>Firm Name |
| 2101 L Street, N.W.<br>Business Address<br>Washington, DC 20037-1526 | One Financial Plaza, Suite 1800<br>Business Address<br>Providence, RI 02903 |
| (202) 775-4782 Tel. #   (202) 296-6216 Fax # | (401) 751-8500 Tel. #   (401) 553-6850 Fax # |

**ORDER:** This motion is hereby Granted.

W. Smith
U.S. District Judge

Date: 3/31/05