UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEYSPAN LNG, L.P.,

Plaintiff

vs. C.A. No.: 05-091/S

THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,

Defendants

CITY OF PROVIDENCE'S MOTION TO INTERVENE

NOW COMES interested party City of Providence (the "City"), by and through counsel, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and hereby moves this Court for an order permitting or allowing its intervention and participation in the above-entitled declaratory judgment action.

The City respectfully submits and represents that it is a necessary and indispensable party to this matter, which has an actual and significantly protectable interest that will be affected by any declaration by the Court in this case, and, further, that the City's interest or

28

stake in this matter cannot be adequately represented by any of the parties to the above-entitled action. Accordingly, the City must be permitted or allowed to intervene in this matter.

In support of the within motion, the City submits the accompanying memorandum.

Respectfully submitted,
City of Providence

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Adrienne G. Southgate

Adrienne G. Southgate (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (fax)

**CERTIFICATION**

I hereby certify that on this 6th day of April, 2005, I served a true and accurate copy of the foregoing upon **W. Mark Russo, Christopher M.** Mulhearn, **Ferrucci Russo, P.C.**, 55 Pine Street, 4th floor, Providence, RI 02903; **William J. Conley, Jr., City Solicitor, City of East** Providence, East Providence City Hall, 145 Taunton Avenue, East Providence, RI 02914; **Gregory L. Benik, Esq.**, Holland & Knight, LLP, One Financial Center, Suite 1800, Providence, Rhode Island, 02903; **Michael Rubin, Esq. & Paul J. Roberti, Esq.**, Rhode Island Department of Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Carolyn M. Ranucci

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEYSPAN LNG, L.P., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | C.A. No.: 05-091/S |
| | : | |
| THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council, | : | |
| | : | |
| Defendants | : | |

**MEMORANDUM IN SUPPORT OF THE CITY OF PROVIDENCE'S MOTION TO INTERVENE**

NOW COMES interested party City of Providence (the "City"), by and through counsel, and hereby adopts the memorandum submitted by the City of East Providence in support of its motion to intervene in the above-entitled declaratory judgment action.

For the reasons cited therein, the City respectfully prays that it be permitted or allowed to intervene in the above-entitled declaratory judgment action, and that the City be awarded such other further relief as this Court may deem fair, just and meet.

Respectfully submitted,
City of Providence

By its Attorney,

JOSEPH M. FERNANDEZ
CITY SOLICITOR

Adrienne G. Southgate (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903
(401) 421-7740, Ext. 333
(401) 351-7596 (fax)

CERTIFICATION

I hereby certify that on this 6th day of April, 2005, I served a true and accurate copy of the foregoing upon **W. Mark Russo, Christopher M.** Mulhearn, **Ferrucci Russo, P.C.**, 55 Pine Street, 4th floor, Providence, RI 02903; **William J. Conley, Jr., City Solicitor, City of East** Providence, East Providence City Hall, 145 Taunton Avenue, East Providence, RI 02914; **Gregory L. Benik, Esq.**, Holland & Knight, LLP, One Financial Center, Suite 1800, Providence, Rhode Island, 02903; **Michael Rubin, Esq.** & **Paul J. Roberti, Esq.**, Rhode Island Department of Attorney General, 150 South Main Street, Providence, Rhode Island, 02903, by first-class, postage prepaid mail.

Carolyn M. Ranucci