**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEYSPAN LNG, L.P.,**

**PLAINTIFF,**

**v.**

**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COCA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,**

**DEFENDANTS.**

**C.A. NO. 05-091-S**

**STIPULATION**

Plaintiffs and Defendants hereby stipulate as follows:

1. On or before April 18, 2005, Plaintiff and Defendants shall file cross-motions for summary judgment and supporting documents required by Fed. R. Civ. P. 56 and Rule 12.1 of the Local Rules of the United States District Court for the District of Rhode Island (including a joint appendix) with respect to all issues raised in Plaintiff's Verified Complaint, Defendants' Counterclaim, and all outstanding motions of the parties. Memoranda in support of the motions for summary judgment shall not exceed 35 pages exclusive of cover, tables signatures and certification. There shall be no page limit on the joint appendix.

2. On or before May 2, 2005, Plaintiffs and Defendants shall file their response and reply memoranda which shall not exceed 15 pages exclusive of cover, tables signatures and certification.

32

3. Pursuant to 15 C.F.R. §930.60(a)(3), state agencies and applicants may mutually agree to stay the consistency time clock and/or extend the six month time period for review of a certification of Federal consistency if that agreement is in writing and is provided to the pertinent Federal permitting agency. With reference to that provision, the Rhode Island Coastal Resources Management Council (the "CRMC") and the Plaintiff hereby agree that, under the Coastal Zone Management Act, 16 U.S.C. §§ 1451 et seq., the time period for the determination of federal consistency with respect to the Plaintiff in CRMC File Number 2005-03-068 is extended to October 1, 2005 or to 30 days after the Court's decision on the motions for summary judgment, whichever is later. The Plaintiff will notify the pertinent federal agencies of this agreement, will provide a copy to those Federal agencies, and will duly confirm to counsel that it has done so.

4. Paragraph 6 of Plaintiff's Verified Complaint shall be amended to add "Gerald P. Zarella." Defendants' responses to the Verified Complaint shall be deemed to apply to Gerald P. Zarella.

5. The references to "individual capacity" or "individual capacities" in Plaintiff's Objection to State of Rhode Island's Motion for Substitution of Party Defendant and Plaintiff's Memorandum of Law in Support of Plaintiff's Objection to State of Rhode Island's Motion for Substitution of Party Defendant shall be stricken and replaced with the term "official capacity" or "official capacities", respectively.

6. If the Plaintiff hereafter reinstates and re-files its application to the CRMC under R.I. Gen. Laws §§ 46-23-1 et seq., and under the Coastal Resources Management Program, for a Category B Assent for the project which is the subject of the instant court action, and if such reinstatement and re-filing is made prior to the Court's decision on the motions for summary judgment, then such reinstated and re-filed application will be without prejudice to the Plaintiff's position in the instant court action and shall not constitute a waiver of any benefits to the Plaintiff under such court decision. If such reinstated and re-filed application is made within the next 10 days, then the CRMC will send a letter to the Plaintiff to the effect that such reinstated and re-filed application will be decided by the CRMC within the extended time period established elsewhere in this stipulation for the CRMC to conduct CZMA review.

**DEFENDANTS**
By their Attorney
Patrick C. Lynch, Attorney General

By: Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x. 2116
and
Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x. 2231

**KEYSPAN LNG, L.P.**
By its Attorneys,

By: Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

Brian A. Goldman, Esq. (#3940)
Goldman Law Offices
681 Smith Street
Providence, RI 02908

**SO ORDERED**:

William E. Smith, U.S.D.J.

Dated: April 13, 2005

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 13th day of April, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

**COUNSEL FOR**
**CITY OF WARWICK**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR**
**CITY OF PROVIDENCE**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Michele Chaette

# 2750647_v1