**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,**<br><br>**PLAINTIFF,**<br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COCA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,**<br><br>**DEFENDANTS.** | ) | **C.A. NO. 05-091-S** |

**PLAINTIFF KEYSPAN LNG, L.P.'S**
**<u>RULE 12.1 STATEMENT OF UNDISPUTED FACTS</u>**

Plaintiff, Keyspan LNG, L.P. ("KLNG") submits the following Statement of Undisputed Facts as required by Local Rule 12.1:

A. PARTIES

1. Plaintiff KeySpan LNG, L.P. ("KLNG") is a Delaware limited partnership having its principal place of business in Providence, Rhode Island.

2. Defendant Rhode Island Coastal Resources Management Council ("CRMC") is a state agency created by an Act of the Rhode Island General Assembly whose powers and duties are set forth at R.I. Gen. Laws §§46-23-1 <u>et</u> <u>seq</u>., and the regulations adopted thereunder.

34

3. Defendant Michael M. Tikoian is Chairman of the CRMC and is sued in said official capacity.

4. Defendants Jan P. Malik, Paul E. Lemont, Laurence W. Ehrhardt, Thomas Ricci, David Abedon, Jerry Sahagian, Daniel Daponte, Eileen S. Naughton, V. Susan Sosnowski, Joseph R. Paolino, K. Joseph Shekarchi, Gerald P. Zarrella, Neil Gray, Raymond Coia and Frederick Vincent are members of the CRMC and are sued in said official capacities.

B. THE PROJECT AND RELEVANT REQUIRED AUTHORIZATIONS

1. On April 30, 2004, KLNG filed an application with the Federal Energy Regulatory Commission ("FERC") (FERC Docket No. CP04-223 et al.) pursuant to Section 3 of the Natural Gas Act ("NGA), 15 U.S.C. §§717b(a), and federal regulations promulgated thereunder. The application seeks authority, inter alia, to construct and operate certain facilities appurtenant to the existing federally authorized and regulated liquefied natural gas ("LNG") terminal operated by KLNG at 121 Terminal Road, Providence, Rhode Island, in order to provide the capability of receiving LNG from oceanborne vessels (the "Project"). J.App. at Tab 2.

2. The Office of the Governor of Rhode Island and the Office of the Rhode Island Attorney General are parties to, and the CRMC has participated as a commenter in, FERC Docket No. CP04-223 et al.

3. Among the facilities proposed to be constructed by KLNG as part of the Project are permanent structures to permit the berthing of LNG vessels, some of which structures will be located on submerged lands under the Providence River. J.App. at Tab 2.

4. On August 20, 2004, KLNG filed an application with the U.S. Army Corps of Engineers ("ACOE") pursuant to §10 of the Rivers and Harbors Act of March 3, 1899, 33 U.S.C. §403, seeking authority, inter alia, to construct facilities on submerged lands in the Providence River. J.App. at Tab 4.

5. The effectiveness of authorizations granted by the FERC and ACOE pursuant to KLNG's applications will be conditioned, inter alia, on a requirement that KLNG file documentation of concurrence from the CRMC pursuant to the Coastal Zone Management Act ("CZMA"), 16 U.S.C. §§1451 et seq., that the Project is consistent with the Rhode Island Coastal Resources Management Program or, if such consistency is denied by the CRMC, a determination by the U.S. Secretary of Commerce to override such denial.

C. CZMA AND CATEGORY B ASSENT APPLICATIONS; RELATED CORRESPONDENCE

1. On August 20, 2004, KLNG filed an application with the CRMC seeking determinations under the CZMA and the Category B Assent processes. The application was accompanied by a letter of the same date. J.App. at Tab 3.

2. On October 19, 2004, KLNG, advised the CRMC that it was KLNG's view that the CRMC's jurisdiction over the Project is limited to a determination of federal consistency under the CZMA and that, because the proposed Project is within FERC's exclusive jurisdiction under Section 3 of the Natural Gas Act, KLNG is not required to obtain a separate Category B Assent from the CRMC. J.App. at Tab 9.

3. On November 30, 2004, KLNG filed a letter with the FERC, copy to counsel for the CRMC stating that it was withdrawing its unified application pending before

the CRMC and refiling an application seeking a consistency determination solely under the CZMA. J.App. at Tab 11.

4. On December 1, 2004, KLNG withdrew its unified application pending before the CRMC and filed a new application seeking a consistency determination under the CZMA. The new application was accompanied by a letter to the CRMC from KLNG. J.App. at Tab 13.

5. By letter dated January 31, 2005, the CRMC advised KLNG that its December 1 application did not contain required information and was therefore deficient. The January 31 letter was filed with the FERC on February 1, 2005 and received by KLNG's counsel, Holland & Knight, by U.S. Mail on February 2, 2005. J.App. at Tab 14.

6. On February 16, 2005, KLNG delivered a letter to the CRMC responding to the January 31 letter. J.App. at Tab 16.

7. On March 15, 2005, the CRMC sent a letter to KLNG's counsel stating the CRMC's view that KLNG's December 1, 2004 application is incomplete; that the effective date of the filing was December 31, 2004, but that the CRMC, under protest, is undertaking its substantive review of the KLNG terminal upgrade proposal. J.App. at Tab 18.

8. Also on March 15, 2005, the CRMC issued a public notice of the commencement of its review of the Project. J.App. at Tab 19.

9. On March 25, 2005 (supplemented on April 1, 2005) KLNG responded to the March 15, 2005 CRMC letter. J.App. at Tabs 20 and 21.

**KEYSPAN LNG, L.P.**
By its Attorneys,

Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 18th day of April, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**
**(Counsel of Record)**

Michael Rubin, Esq. (#3656) **(by hand)**
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

**COUNSEL FOR**
**CITY OF WARWICK**
**(Courtesy Copy)**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**
**(Counsel of Record)**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**
**(Courtesy Copy)**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR**
**CITY OF PROVIDENCE**
**(Courtesy Copy)**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

[signature]

# 2769645_v2