**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,** <br><br> **PLAINTIFF,** <br> **V.** <br><br> **THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COCA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,** <br><br> **DEFENDANTS.** | ) | **C.A. NO. 05-091-S** |

**ORDER**

This matter came before the Court on the oral motions of the City of East Providence, the City of Warwick and the City of Providence to file an amicus brief and after hearing thereon it is hereby

**ORDERED**

The motions are granted. Briefs shall be filed on or before May 16, 2005 and shall be no more than 35 pages. Plaintiff and Defendants may submit reply briefs on or before May 20, 2005.

ENTERED as an Order of this Honorable Court on the 25th day of April, 2005.

ORDERED:
[signature]
William E. Smith, U.S.D.J.

ENTERED:
[signature]
Clerk

38

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR**
**<u>CITY OF PROVIDENCE</u>**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Michele Charette

# 2767823_v1