Holland+Knight

Tel 401 751 8500
Fax 401 553 6850

Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
www.hklaw.com

Gregory L. Benik, Esq.
401 824 5104
greg.benik@hklaw.com

April 18, 2005

**VIA MESSENGER**

Mr. Grover J. Fugate
Executive Director
Coastal Resources Management Council
Oliver Stedman Government Center
4808 Tower Hill Road
Wakefield, RI 02879

***Re:*** ***KeySpan LNG, L.P.***
***Reinstatement and Reapplication for Category B Assent***

Dear Mr. Fugate:

KeySpan LNG, L.P. ("KeySpan LNG"), pursuant to the Stipulation entered into by the parties in the matter of KeySpan LNG, L.P. v. The Rhode Island Coastal Resources Management Council, et al., C.A. No. 05-091S (D.R.I.), the Rhode Island Coastal Resources Management Act, R.I. Gen. Laws §§ 46-23-1 et. seq., and the Coastal Resources Management Program, hereby reapplies for and reinstates its Application for Category B Assent, (the "Application"), previously submitted on August 20, 2004, (the "August Application"), to upgrade its liquefied natural gas terminal in Providence, Rhode Island.

This Application consists of the following:

1. Four copies of the August Application, consisting of Volumes I, II-A, II-B, II-C and III. I believe those documents are still in the possession of the CRMC.

2. The Rhode Island Coastal Resources Management Plan Consistency Certification submitted by KeySpan LNG to the CRMC on December 1, 2004, (including all attachments).

3. All documents and information provided to the CRMC by KeySpan LNG in response to the CRMC's letter dated March 15, 2005.

As previously mentioned, KeySpan LNG is requesting an adjustment to the Application Fee and, at your direction, previously submitted a check in the amount of $5,000.00. I understand that the CRMC will consider this request and will advise me of its decision.

Finally, please be advised that KeySpan LNG is submitting the Application under protest and without prejudice to any rights, benefits or claims asserted or to be asserted in the above-referenced case (including any appeals). Submission of the Application shall not be construed as a waiver by KeySpan LNG of any such rights, benefits, or claims and all such rights, benefits, or claims are expressly preserved.

I enclose a copy of this letter for date stamping, to be returned by my messenger.

If you have questions about this Application, please contact me. We look forward to working with you and your staff on this project.

Sincerely yours,

HOLLAND & KNIGHT LLP

Gregory L. Benik, Esq.

GLB: mc

Cc: Michael M. Tikoian, Chair, CRMC, via facsimile
Brian Goldman, Esq., via facsimile
Michael Rubin, Esq., via facsimile
Peter Ruggiero, Esq., via facsimile
Adrienne G. Southgate, Esq., via facsimile
W. Mark Russo, Esq., via facsimile
William J. Conley, Esq., via facsimile

# 2775671_v1

** TOTAL PAGE.03 **