**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-91S** **May 26, 2005**

**TITLE: KEYSPAN V. CRMC, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:[illegible] a.m. - [illegible]:41 a.m.**

---

**COUNSEL PRESENT: Plaintiff - Gregory L. [illegible], Esquire**
**Frederick [illegible] Lowther, Esquire**

**Defendant - Michael Rubin, Esquire**
**Brian A. Goldman, Esquire**

**<u>RE: Cross Motions for Summary Judgment</u>**

**<u>Proceedings:</u> All counsel of record present; Arguments heard; Defendant moves to Dismiss w/o prejudice their counterclaim against Keyspan, LNG; Court will take the matter under advisement and write an opinion.**

50