**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-91S** |
| | : | |
| **KEYSPAN LNG, L.P.** | : | |

**STATE OF RHODE ISLAND'S MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO KEYSPAN LNG, L.P.'S MOTION FOR SUMMARY JUDGMENT**

Now comes the State of Rhode Island, and moves for an enlargement of time within which to object to Defendant KeySpan LNG, L.P.'s Motion for Summary Judgment.

As grounds for this Motion the State of Rhode Island submits that this action was served on Defendant on April 14, 2005 and removed to this Honorable Court on April 22, 2005. The State of Rhode Island timely moved to remand the matter to state court on May 22,2005 on the ground that the federal courts lack jurisdiction over the case. KeySpan mailed its Motion for Summary Judgment to the State of Rhode Island on May 1 f$^{th}$.

In light of its Motion to Remand, the State of Rhode Island requests that the time within which it may file its response to the Motion for Summary Judgment be enlarged to include ten days after the Court renders a decision on its Motion to Remand.

51

Respectfully submitted,

STATE OF RHODE ISLAND
By its Attorneys,

Terence J. Tierney

Terence J. Tierney, (#2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2307
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 26th day of May, 2005 to:

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

John Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian Goldman, Esq.
681 Smith Street
Providence, RI 02908

Michael Rubin, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Paul Roberti, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Peter D. Ruggiero, Esq.
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Christopher M. Mulhearn,Esq.
Ferrucci Russo, P.C.
55 Pine Street, Suite 4
Providence, RI 02903

Adrienne G. Southgate,Esq.
Providence City Solicitor's Office
275 Westminster Street
Providence, RI 02903

Frederick M. Lowther, Esq.
Dickstein,Shapiro,Morin & Oshinsky
2101 L. Street NW
Washington, DC 20037

Colleen Cole