**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-91S** **June 7, 2005**

**TITLE: KEYSPAN LNG, L.P. V. RICRMC, ET AL**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT [illegible] E CLAYTON**

**IN COURT: 9:[illegible] M. -**

---

**COUNSEL PRESENT: Plaintiff [illegible]**

**Co[illegible] rney**

**<u>RE: State of Rhode Island's Motion to R[illegible]</u>**

**<u>Proceedings:</u> All counsel of record present; Arguments heard; Attorney Tierney (State of RI) asked the Court for an extension of time of an additional ten (10) days to respond to Plaintiff Keyspan's Motion for Summary Judgment; Court grants oral motion to respond to Plaintiff Keyspan's Motion for Summary Judgment until July 8, 2005; Court will take the matter under advisement and write an opinion.**