**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS** | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **C.A. No. 05-91S** |
| **KEYSPAN LNG, L.P.** | ) | |
| **Defendant,** | ) | |

**NOTICE OF DEPOSITION OF KEYSPAN LNG L.P.**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(b) (6)**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b) (6), Plaintiff, the State of Rhode Island and Providence Plantations, will take deposition upon oral examination of Defendant, KeySpan LNG, L.P., by a person or persons designated by the Defendant as having the most knowledge of the examination matters listed below.

The State of Rhode Island will take the deposition upon oral examination of the designated individual or individuals on **June 22, 2005, at 10:00 AM,** at the Department of the Attorney General, 150 South Main Street, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions. This deposition will continue from day to day thereafter until completed, Sundays and holidays excepted, or as otherwise agreed by counsel for the parties.

## DEFINITIONS

Terms used in this notice of deposition are defined as follows:

"KLNG" refers to KeySpan LNG, L.P., Defendant.

"LNG" means liquefied natural gas.

"FERC" means the Federal Energy Regulatory Commission.

"NGA" refers to the Natural Gas Act, 15 U.S.C. §§717b(a).

"CRMC" refers to the Rhode Island Coastal Resources Management Council.

## INSTRUCTIONS

As required by rule 30(b) (6), in response to this deposition notice, you have a duty to designate one or more persons employed by KeySpan LNG L.P. to testify on behalf of the company as the person most knowledgeable about the following subject matters. If KeySpan believes that any of the subject matters set forth below require clarification before a person can be designated, please contact counsel for the State of Rhode Island, Department of the Attorney General.

## SUBJECT MATTERS FOR EXAMINATION

1. The filing by KLNG of an application with FERC on April 30th, 2004 pursuant to Sec. 3 of the NGA, 15 U.S.C §§717b(a), and Federal regulations promulgated thereunder, and the authority sought, inter alia, by the application to construct and operate certain facilities appurtenant to the existing federally authorized and regulated LNG terminal operated by KLNG at 121 Terminal Road, Providence, RI, in order to provide the capability of receiving LNG from ocean borne vessels.

2. All facilities proposed to be constructed by KLNG as part of providing the capability of receiving LNG from ocean borne vessels, including but not limited to permanent structures to allow such capability, some of which will be located on approximately 450 square feet of submerged land under the Providence River.

3. The filing of an application with the U.S. Army Corps of Engineers pursuant to §10 of the Rivers and Harbors Act of March 3, 1899, 33 U.S.C. §403, seeking authority, inter alia, to construct facilities on submerged lands in the Providence River.

4. The effectiveness of authorizations granted by the FERC and Army Corps of Engineers pursuant to KLNG's applications being conditioned, inter alia, on a requirement that KLNG file documentation of concurrence from the Coastal Resources Management Council pursuant to the Coastal Zone Management Act 16 U.S.C. §§1451 et seq., that enabling the receiving of LNG from ocean borne vessels is consistent with the Rhode Island Coastal Resources Management Program, or a determination by the U.S. Secretary of Commerce to override a denial if given.

5. The matters which are referenced and/or discussed in the exhibits attached to the KeySpan LNG, L.P.'s Statement of Undisputed Facts filed in support of its Motion for Summary Judgment.

Respectfully submitted,

Plaintiff,

STATE OF RHODE ISLAND
By its Attorneys,

Terence J. Tierney, (#2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2307
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 14th day of June, 2005 to:

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

John Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian Goldman, Esq.
681 Smith Street
Providence, RI 02908

Michael Rubin, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Paul Roberti, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Peter D. Ruggiero, Esq.
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Christopher M. Mulhearn,Esq.
Ferrucci Russo, P.C.
55 Pine Street, Suite 4
Providence, RI 02903

Adrienne G. Southgate,Esq.
Providence City Solicitor's Office
275 Westminster Street
Providence, RI 02903

Frederick M. Lowther, Esq.
Dickstein,Shapiro,Morin & Oshinsky
2101 L. Street NW
Washington, DC 20037