**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**<br>**Plaintiff**<br><br>**v.**<br><br>**KEYSPAN LNG, L.P.**<br>**Defendant** | **C.A. No. 05-91 S** |

**KEYSPAN LNG, L.P.'S**
**OBJECTION TO NOTICE OF DEPOSITION UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6) ISSUED BY THE STATE OF RHODE ISLAND**

Now comes KeySpan LNG, L.P. ("KLNG") and makes the following objections to the Notice of Deposition of Keyspan LNG, L.P. under Federal Rule of Civil Procedure 30(b)(6) issued by the State of Rhode Island:

**SUBJECT MATTERS FOR EXAMINATION**

1. The filing by KLNG of an application with FERC on April 30th, 2004 pursuant to Sec. 3 of the NGA, 15 U.S.C. §§717b(a), and Federal regulations promulgated thereunder, and the authority sought, inter alia, by the application to construct and operate certain facilities appurtenant to the existing federally authorized and regulated LNG terminal operated by KLNG at 121 Terminal Road, Providence, RI, in order to provide the capability of receiving LNG from ocean borne vessels.

**OBJECTION**: KLNG objects to this request in that it is overly broad and unduly burdensome. Any discovery to be gathered by this request is irrelevant to the issues of law, namely, federal pre-emption, in this case. Thus, this request is not likely to lead to the development of admissible evidence

and also may seek disclosure of attorney/client information or work product, which are protected from discovery on the grounds of privilege.

2. All facilities proposed to be constructed by KLNG as part of providing the capability of receiving LNG from ocean borne vessels, including but not limited to permanent structures to allow such capability, some of which will be located on approximately 450 square feet of submerged land under the Providence River.

**OBJECTION**: KLNG objects to this request in that it is overly broad and unduly burdensome. Any discovery to be gathered by this request is irrelevant to the issues of law, namely, federal pre-emption, in this case. Thus, this request is not likely to lead to the development of admissible evidence and also may seek disclosure of attorney/client information or work product, which are protected from discovery on the grounds of privilege.

3. The filing of an application with the U.S. Army Corps of Engineers pursuant to §10 of the Rivers and Harbors Act of March 3, 1899, 33 U.S.C. §403, seeking authority, inter alia, to construct facilities on submerged lands in the Providence River.

**OBJECTION**: KLNG objects to this request in that it is overly broad and unduly burdensome. Any discovery to be gathered by this request is irrelevant to the issues of law, namely, federal pre-emption, in this case. Thus, this request is not likely to lead to the development of admissible evidence and also may seek disclosure of attorney/client information or work product, which are protected from discovery on the grounds of privilege.

4. The effectiveness of authorizations granted by the FERC and Army Corps of Engineers pursuant to KLNG's applications being conditioned, inter alia, on a requirement that KLNG file documentation of concurrence from the Coastal Resources Management Council pursuant to the Coastal Zone Management Act 16 U.S.C. §§1451 et seq., that enabling the receiving of LNG from ocean borne vessels is consistent with the Rhode

Island Coastal Resources Management Program, or a determination by the U.S. Secretary of Commerce to override a denial if given.

**OBJECTION**: KLNG objects to this request in that it is overly broad and unduly burdensome. Any discovery to be gathered by this request is irrelevant to the issues of law, namely, federal pre-emption, in this case. Thus, this request is not likely to lead to the development of admissible evidence. KLNG further objects in that this request purports to gain information as to a legal conclusion and also may seek disclosure of attorney/client information or work product, which are protected from discovery on the grounds of privilege.

5. The matters which are referenced and/or discussed in the exhibits attached to the KeySpan LNG, L.P.'s Statement of Undisputed Facts filed in support of its Motion for Summary Judgment.

**OBJECTION**: KLNG objects to this request in that it is overly broad and unduly burdensome. Any discovery to be gathered by this request is irrelevant to the issues of law, namely, federal pre-emption, in this case. Thus, this request is not likely to lead to the development of admissible evidence and also may seek disclosure of attorney/client information or work product, which are protected from discovery on the grounds of privilege.

KeySpan LNG, L.P.
By its Attorneys,

Gregory L. Benik, Esq. (R.I. Bar No. 1515)
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 fax

DATED: June 21, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was mailed to the following on this 21st day of June, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116
**Via fax & hand delivery**

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231
**Via fax & hand delivery**

Terrence J. Tierney, Esq. (2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
**Via fax & hand delivery**

**COUNSEL FOR**
**CITY OF WARWICK**
**(Courtesy Copy)**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**
**(Courtesy Copy)**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR CITY OF PROVIDENCE**
**(Courtesy Copy)**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Laura Jeane Verdecchia

# 3005588_v1