**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091-S** |
| | ) | |
| **THE RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL; *et al.*** | ) | |

**STIPULATION OF DISMISSAL OF COUNTER-CLAIM WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii), and in light of the Plaintiff's letter to CRMC of on or about April 18, and the Stipulation entered into by the parties and approved by the Court on April 13, 2005, the Defendants' counterclaim in this action is dismissed, without prejudice, without order of court by filing of this stipulation of dismissal signed by all parties who have appeared in this action.

RECEIVED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Respectfully submitted,

THE STATE OF RHODE ISLAND

For the Defendants, by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Gregory L. Benik, Esq., (#1515)
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: (401) 751-8500

Michael Rubin, (#3656)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2116

Brian Goldman, Esq., (#3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/22/05

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to Gregory Benik, Holland & Knight, One Financial Plaza, Suite 1800, Prov., RI 02903; and mailed to: Peter D. Ruggiero, Ruggiero, Orton, & Brochu, 20 Centerville Road, Warwick, RI 02886; Christopher M. Mulhearn, Ferrucci Russo, P.C., 55 Pine Street, Suite 4, Prov., RI, 02903; Adrienne G. Southgate, Prov. City Solicitor's Office, 275 Westminster Street, Prov. RI, 02903; and Frederick M. Lowther, Esq., Dickstein, Shapiro, Morin & Oshinsky, 2101 L. Street NW, Washington, DC 20037 on this 17th day of June, 2005.

\\Attg5\Civil\M. Rubin\CASES\Keyspan\KeySpan v. CRMC\Pleadings KeySpan v CRMC-- Plenary Motion & Memo\Stipulation of Dismissil w-out prejudice.doc