**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KEYSPAN LNG, L.P.,**<br>**Defendant**<br><br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.**<br>**Plaintiff.** | **C.A. No. 05-91 S** |

**KEYSPAN LNG, L.P.'S MOTION TO FILE SUR-REPLY**
**TO STATE'S REPLY TO OPPOSITION TO MOTION FOR REMAND**

Keyspan LNG, L.P. ("KLNG") requests permission from this Court to file a Sur-Reply not to exceed five (5) pages to respond to the State's Reply to KLNG's Objection to its Motion to Remand on the federal officer issue. In support of this motion, KLNG relies upon the memorandum submitted herewith.

Granted

USDJ
6/24/05