**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 24th day of June, 2005 to:

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

John Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian Goldman, Esq.
681 Smith Street
Providence, RI 02908

Michael Rubin, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Paul Roberti, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Peter D. Ruggiero, Esq.
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Christopher M. Mulhearn,Esq.
Ferrucci Russo, P.C.
55 Pine Street, Suite 4
Providence, RI 02903

Adrienne G. Southgate,Esq.
Providence City Solicitor's Office
275 Westminster Street
Providence, RI 02903

Frederick M. Lowther, Esq.
Dickstein,Shapiro,Morin & Oshinsky
2101 L. Street NW
Washington, DC 20037

Colleen Cole

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | |
| | : | |
| **vs.** | : | **C.A. No. 05-91S** |
| | : | |
| | : | |
| **KEYSPAN LNG, L.P.** | : | |

**PLAINTIFFS' OBJECTON**
**TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Now comes Plaintiff and objects to Defendant's Motion For Protective Order.

As grounds therefore, Plaintiff rests on the memorandum of law attached hereto.

Respectfully submitted,
Plaintiff,

STATE OF RHODE ISLAND
By its Attorney,

Terence J. Tierney / by Tricia Jedele

Terence J. Tierney, (#2583)
Special Assistant Attorney General
150 South Main Street, Prov., RI 02903
Tel: (401) 274-4400 Ext. 2307
Fax: (401) 222-3016