**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-91S** **DATE: June 30, 2005**

**TITLE:** **Keyspan LNG, L.P. v. The Rhode Island Coastal Resources Management Council, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Terence Tierney, Esq.
Gregory Benik, Esq.

**PROCEEDING:** Keyspan LNG, LP's Motion for Protective Order Prohibiting the 30(b)(6) deposition issued by the State of Rhode Island

Attorneys argue.

**RULING:** **Court takes under advisement.**
**Order to follow.**