UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEYSPAN LNG, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOAIAN, in his capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COIA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,<br><br>Defendants. | C.A. No. 05-091S |

| | |
|---|---|
| State of Rhode Island,<br><br>Plaintiff,<br><br>v.<br><br>Keyspan LNG, L.P.,<br><br>Defendant. | C.A. No. 05-168S |

**ORDER**

The parties to the above-captioned actions are hereby ordered to file with this Court, either jointly or separately, a brief setting forth the following information, by Friday, July 8, 2005:

1. What impact, if any, the Federal Energy Regulatory Commission's ("FERC") denial of Keyspan's application will have on the above-captioned cases and related motions pending before this Court; and

2. The process for appeal of FERC's denial, including the standard of review and the likely timetable in the event of such appeal.

By Order

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge

Date: 7/01/05