**State of Rhode Island and Providence Plantations**

**DEPARTMENT OF ATTORNEY GENERAL**
150 South Main Street • Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Patrick C. Lynch, Attorney General*

7/5/05: Extension GRANTED. The State shall file its opposition to Keyspan's pending Rule 56 motion on or before July 15, 2005.
USMJ

July 5, 2005

***Via facsimile 752-7265***

The Honorable Lincoln D. Almond
United States Magistrate Judge
U.S. District Court
One Exchange Terrace
Providence, RI 02903

**RE: State vs. KeySpan - CA05-91S**

Dear Judge Almond:

I am writing, with the concurrence of counsel for defendant, to request a brief extension of time within which the State shall file its opposition to KeySpan's Motion for Summary Judgment.

Presently, the State's response is due on July 8th, and a deposition is scheduled for tomorrow, July 6th. On July 8th, the parties shall be filing a statement concerning the impact of FERC's June 30th denial of KeySpan's application. KeySpan's decision whether to request reconsideration will be made in the next 30 days. If a decision is made not to seek a rehearing, the matter will be rendered moot.

In the interest of saving the Court and the litigants substantial resources and expenses, we would respectfully request a seven-day extension of the due date for the opposition to KeySpan's Summary Judgment Motion. If this request is granted, we will plan to contact Judge Smith upon his return next Monday to further discuss scheduling issues.

I have discussed this matter with Attorney Benik and am authorized to advise you that he joins in this request.

Thank you for your consideration.

Very truly yours,

Terence Tierney
Special Assistant Attcrney General

Cc: Gregory Benik, Esq.
Via fax# 553-6850