**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KEYSPAN LNG, L.P.,**<br>**Defendant**<br><br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.**<br>**Plaintiff.** | **C.A. No. 05-91 S** |

**KEYSPAN LNG, L.P.'S MOTION FOR STAY OF DEPOSITION SCHEDULED FOR JULY 6, 2005, PENDING RESOLUTION OF APPEAL OF MAGISTRATE'S DENIAL OF MOTION FOR PROTECTIVE ORDER**

Keyspan LNG, L.P. ("KLNG"), pursuant to Fed. Rule Civ. P. 26(c), hereby moves to temporarily stay the Rule 30(b)(6) deposition noticed by the State of Rhode Island, until resolution of KLNG's appeal of the Magistrate's July 1, 2005, denial of KLNG's motion for protective order. KLNG consents to an extension of the due date for the State's opposition to its motion for summary judgment to one week after the deposition is taken if its appeal fails. In support of this motion, KLNG relies upon the memorandum submitted herewith.

KeySpan LNG, L.P.
By its Attorneys,

Gregory L. Benik, Esq. (R.I. Bar No. 1515)
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to the following on this 6th day of July, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

Terrence J. Tierney, Esq. (2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
**Via Hand Delivery**

**COUNSEL FOR**
**CITY OF WARWICK**
**(Courtesy Copy)**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**
**(Courtesy Copy)**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR CITY OF PROVIDENCE**
**(Courtesy Copy)**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Lauren Howe

# 3038227_v1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEYSPAN LNG, L.P.,**
**Defendant**

**v.**

**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.**
**Plaintiff.**

**C.A. No. 05-91 S**

**MEMORANDUM IN SUPPORT OF KEYSPAN LNG, L.P.'S MOTION FOR STAY OF DEPOSITION SCHEDULED FOR JULY 6, 2005, PENDING RESOLUTION OF APPEAL OF MAGISTRATE'S DENIAL OF MOTION FOR PROTECTIVE ORDER**

By Memorandum and Order dated July 1, 2005, Magistrate Almond denied Keyspan LNG, L.P.'s ("KLNG") motion for protective order as to the State of Rhode Island's Rule 30(b)(6) deposition. KLNG filed its notice of appeal of the Magistrate's decision on July 6, 2005. KLNG requests a temporary stay of the deposition until resolution of its appeal of the Magistrate's decision.

The Court has broad discretion under Rule 26(c) to impose "terms and conditions as are just" with respect to permitted discovery. KLNG submits that a temporary stay of the State of Rhode Island's Rule 30(b)(6) deposition is consistent with this standard for two reasons. First, KLNG has appealed the Magistrate's denial of its motion for protective order on the grounds that it has met its heavy burden of showing "good cause" as to why the deposition should not go forward at this time when only purely legal questions are at issue in the motion for summary judgment. Second, the State of Rhode Island will not be prejudiced by a temporary stay of the deposition pending resolution of the appeal because KLNG consents to an extension of the due

date for the State's opposition to its motion for summary judgment to one week after the deposition is taken if its appeal fails.

Given the above, KLNG submits that a "just" term and condition to the Rule 30(b)(6) deposition is that it be stayed until after resolution of KLNG's appeal.

KeySpan LNG, L.P.
By its Attorneys,

Gregory L. Benik, Esq. (R.I. Bar No. 1515)
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to the following on this 6th day of July, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

Terrence J. Tierney, Esq. (2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
**Via Hand Delivery**

**COUNSEL FOR**
**CITY OF WARWICK**
**(Courtesy Copy)**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**
**(Courtesy Copy)**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR CITY OF PROVIDENCE**
**(Courtesy Copy)**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Laurenttoul

# 3038511_v1