**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KEYSPAN LNG, L.P.,**<br>**Defendant**<br><br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.**<br>**Plaintiff.** | **C.A. No. 05-91 S** |

## KEYSPAN LNG, L.P.'S NOTICE OF APPEAL OF MAGISTRATE'S DETERMINATION

Pursuant to the Local Rules of the United States District Court for the District of Rhode Island, Rule 32(b)(2), Keyspan LNG, L.P. ("KLNG") hereby gives notice of its appeal of the Memorandum and Order entered by Magistrate Almond on July 1, 2005, a copy of which is attached hereto as Exhibit A, in which KLNG's motion for protective order on the State's Rule 30(b)(6) deposition was denied.

KLNG's basis for its appeal is that it met its "good cause" and "heavy burden" requirements for an order quashing the deposition. Good cause exists requiring this Court to prohibit the 30(b)(6) deposition of KLNG because (1) the only issues to be decided by this Court are purely legal, there being no factual issues in dispute; and (2) such notice is irrelevant and unduly burdensome to KLNG. A review of the 30(b)(6) deposition notice of KLNG reveals that this proposed deposition is simply a "fishing expedition" by the State of Rhode Island to gather information that is irrelevant to the legal issues currently before this Court. The topics identified as subject matters for inquiry during the deposition request information concerning KLNG's filing of applications before the Federal Energy Regulatory Commission ("FERC") and the U.S.

Army Corps of Engineers. These topics mirror various paragraphs of KLNG's Rule 12.1 Statement, facts that are not in dispute in this action and were never disputed by the State in the first summary judgment proceeding. The State of Rhode Island clearly is trying to conduct discovery on matters that are not at issue at this time.

Thus, a protective order is necessary in this case where only legal questions are at issue. "A plaintiff's entitlement to discovery prior to ruling on a motion for summary judgment is not unlimited and may be cut off when the record shows that the requested discovery is not likely to produce the facts needed by [the party] to withstand . . . a motion for summary judgment." See Landry v. Air Line Pilots Assoc. Int'l AFL-CIO, 901 F.2d 404, 436 (5th Cir. 1990) (citations omitted). Courts have allowed protective orders quashing depositions where there is no factual dispute, thus making further discovery irrelevant and burdensome. See Landry, 901 F.2d at 434-36 (upholding the grant of a protective order, stating "[d]iscovery is not justified when cost and inconvenience will be its sole result."). In the present case, there are no material facts at issue. Instead, this case presents a pure issue of law, federal pre-emption, to be decided by this Court. Summary judgment motions currently are before this Court on this very issue. Thus, this Court should preclude the State of Rhode Island's 30(b)(6) deposition of KLNG, which is clearly irrelevant to the legal matters at issue. See Landry, 901 F.2d at 435-36. KLNG has met its burden and presented "good cause" for prohibiting the noticed deposition as it is unnecessary, irrelevant and will only serve to unduly burden KLNG. For these reasons, the Magistrate's determination should be overruled, and the protective order granted.

KeySpan LNG, L.P.
By its Attorneys,

______________________________
Gregory L. Benik, Esq. (R.I. Bar No. 1515)
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to the following on this 6th day of July, 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

Terrence J. Tierney, Esq. (2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
**Via Hand Delivery**

**COUNSEL FOR**
**CITY OF WARWICK**
**(Courtesy Copy)**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**
**(Courtesy Copy)**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR CITY OF PROVIDENCE**
**(Courtesy Copy)**

Adrienne G. Southgate, Esq. (#3363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

Lauren Hord
____________________________

# 3038241_v1