UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUL 06 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **KEYSPAN LNG, L.P.,** **Defendant**<br><br>**v.**<br><br>**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL, ET ALS.** **Plaintiff.** | **C.A. No. 05-91 S** |

7/7/05; DENIED. [signature] USMJ

**KEYSPAN LNG, L.P.'S MOTION FOR STAY OF DEPOSITION SCHEDULED FOR JULY 6, 2005, PENDING RESOLUTION OF APPEAL OF MAGISTRATE'S DENIAL OF MOTION FOR PROTECTIVE ORDER**

Keyspan LNG, L.P. ("KLNG"), pursuant to Fed. Rule Civ. P. 26(c), hereby moves to temporarily stay the Rule 30(b)(6) deposition noticed by the State of Rhode Island, until resolution of KLNG's appeal of the Magistrate's July 1, 2005, denial of KLNG's motion for protective order. KLNG consents to an extension of the due date for the State's opposition to its motion for summary judgment to one week after the deposition is taken if its appeal fails. In support of this motion, KLNG relies upon the memorandum submitted herewith.

KeySpan LNG, L.P.
By its Attorneys,

[signature]

Gregory L. Benik, Esq. (R.I. Bar No. 1515)
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 fax

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 7/6/05