UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** : | | |
| vs. | : | **C.A. No. 05-91S** |
| **KEYSPAN LNG, L.P.** : | | |

**ASSENTED TO MOTION OF PLAINTIFF TO EXCEED THE PAGE LIMIT IN ITS APPENDIX TO THE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff and requests that this Honorable Court permit it to exceed the applicable page limit in the Appendix to its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

As grounds for this Motion, Plaintiff submits that this action involves claims of invasion of property rights, trespass, public nuisance and title to land, as well as legal defenses premised on federal preemption and supremacy. Plaintiff contends that questions of material fact exist precluding the requested entry of summary judgment, and seeks to demonstrate the existence of such material factual disputes in its Appendix.

The undersigned counsel has discussed this request with Defendant's counsel and is authorized to represent that Defendant does not object to allowance of a 40 page Appendix.

**WHEREFORE**, Plaintiff requests that the Court grant it permission to file an Appendix of up to 40 pages in connection with its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

Respectfully submitted,
Plaintiff,
STATE OF RHODE ISLAND
By its Attorney,

*[signature]*

Terence J. Tierney, (#2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2307
Fax: (401) 222-3016

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing document was mailed, postage prepaid, on this 8th day of ~~June~~ July, 2005 to:

Gregory L. Benik, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

John Walsh, Esq.
Holland & Knight, LLP
One Financial Plaza, Suite 1800
Providence, RI 02903

Brian Goldman, Esq.
681 Smith Street
Providence, RI 02908

Michael Rubin, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Paul Roberti, Esq.
Office of Attorney General
150 South Main Street
Providence, RI 02903

Peter D. Ruggiero, Esq.
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

Christopher M. Mulhearn,Esq.
Ferrucci Russo, P.C.
55 Pine Street, Suite 4
Providence, RI 02903

Adrienne G. Southgate,Esq.
Providence City Solicitor's Office
275 Westminster Street
Providence, RI 02903

Frederick M. Lowther, Esq.
Dickstein,Shapiro,Morin & Oshinsky
2101 L. Street NW
Washington, DC 20037

*[signature]* Colleen Cole