UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND :
:
vs. : C.A. No. 05-91S
:
KEYSPAN LNG, L.P. :

FILED JUL 0 8 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**ASSENTED TO MOTION OF PLAINTIFF TO EXCEED THE PAGE LIMIT IN ITS APPENDIX TO THE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the plaintiff and requests that this Honorable Court permit it to exceed the applicable page limit in the Appendix to its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

As grounds for this Motion, Plaintiff submits that this action involves claims of invasion of property rights, trespass, public nuisance and title to land, as well as legal defenses premised on federal preemption and supremacy. Plaintiff contends that questions of material fact exist precluding the requested entry of summary judgment, and seeks to demonstrate the existence of such material factual disputes in its Appendix.

The undersigned counsel has discussed this request with Defendant's counsel and is authorized to represent that Defendant does not object to allowance of a 40 page Appendix.

**WHEREFORE**, Plaintiff requests that the Court grant it permission to file an Appendix of up to 40 pages in connection with its Memorandum in Opposition to Defendant's Motion for Summary Judgment.

GRANTED
[signature]
William E. Smith
U.S. District Judge
7/11/05