UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEYSPAN LNG, L.P.,
Plaintiff

v.

C.A. NO. 05-091-S

THE RHODE ISLAND COASTAL
RESOURCES MANAGEMENT COUNCIL; ET ALS.
Defendant

C.A. NO. 05-168-S

STATE OF RHODE ISLAND
Plaintiff

v.

KEYSPAN LNG, L.P.,
Defendant

**MOTION TO SCHEDULE STATUS CONFERENCE**

Now comes the Defendant, Rhode Island Coastal Resources Management Council ("CRMC"), and petitions this Honorable Court to schedule a status conference in the within matter.

As grounds for said Motion, the CRMC represents that the Order of the Federal Energy Regulatory Commission ("FERC") denying and dismissing the application of Plaintiff, KeySpan LNG, has materially changed the instant litigation and a status conference may aid the Court in determining whether a case or controversy still exists and whether the instant litigation need continue.

Counsel for CRMC represents he has spoken with counsel for all parties and the parties agree a status conference is warranted if the Court so agrees.

Further, the CRMC currently has a public hearing on Plaintiff's application scheduled for July 18, 2005 at 9:00 a.m. and a status conference would aid the CRMC in determining whether or not to go forward with that hearing on July 18, 2005.

Wherefore, CRMC prays this Court convene a status conference on this matter prior to July 18, 2005.

Respectfully submitted,

Brian A. Goldman, Esq./3940
681 Smith Street
Providence, RI 02908
401-521-4100

CERTIFICATION

I, the undersigned, hereby certify that a copy of the foregoing document was mailed and faxed on this 11th day of July, 2005 to Michael Rubin, Esq. Assistant Attorney General's Office, Terrence Tierney, Special Assistant, Attorney General's Office, Paul Roberti, Asistant Attorney General's Office, 150 South Main Street, Providence, RI 02903, Gregory Benik, Holland & Knight, One Financial Plaza, Suite 1800, Providence, RI; Peter D. Ruggiero, Esq., Ruggiero, Orton & Brochu, 20 Centerville Road, Warwick, RI 02886; Mark Russo, Esq. and Christopher M. Mulhearn, Esq., Ferrucci Russo, P.C., 55 Pine Street, Suite 4, Providence, RI, 02903; Adrienne G. Southgate, Providence City Solicitor's Office, 275 Westminster Street, Providence RI, 02903 and Beth Webb and Frederick M. Lowther, Esq., Dickstein, Shapiro, Morin & Oshinsky, 2101 L. Street NW, Washington, DC 20037.