**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KEYSPAN LNG, L.P.** | ) | |
| | ) | |
| **v.** | ) | **C.A. NO. 05-091S** |
| | ) | |
| **RHODE ISLAND COASTAL** | ) | |
| **RESOURCES MANAGEMENT COUNCIL; *et al*** | ) | |

**WITHDRAWAL OF MOTION TO SUBSTITUTE**

The Defendant State Officials hereby withdraw the earlier filed Motion to Substitute.

Respectfully submitted,

THE STATE OF RHODE ISLAND

for Defendants, by their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, (#3656)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 Ext. 2116

ENTER WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/13/05

Brian A. Goldman, Esq., (# 3940)
Counsel for CRMC
681 Smith Street
Providence, RI 02908
Tel: (401) 521-4100