RECEIVED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KEYSPAN LNG, L.P.,**

**PLAINTIFF,**

**v.**

**THE RHODE ISLAND COASTAL RESOURCES MANAGEMENT COUNCIL; MICHAEL M. TIKOIAN, in his Capacity as Chairman of the Rhode Island Coastal Resources Management Council; JAN P. MALIK; PAUL E. LEMONT; LAURENCE W. EHRHARDT; THOMAS RICCI; DAVID ABEDON; JERRY SAHAGIAN; DANIEL DAPONTE; EILEEN S. NAUGHTON; V. SUSAN SOSNOWSKI; JOSEPH R. PAOLINO; K. JOSEPH SHEKARCHI; GERALD P. ZARRELLA; NEIL GRAY; RAYMOND C. COCA; and FREDERICK VINCENT in their Capacities as Members of the Rhode Island Coastal Resources Management Council,**

**DEFENDANTS.**

**C.A. NO. 05-091-S**

---

**State of Rhode Island,**

**Plaintiff,**

**v.**

**KeySpan LNG, L.P.,**

**Defendant.**

**C.A. NO. 05-168S**

**STIPULATION**

The parties in the above-captioned matters hereby stipulate as follows:

1. All proceedings in the above-captioned matters are stayed pending final resolution, including any appeals by KeySpan LNG, L.P.'s ("KLNG"), of KLNG's application before the Federal Energy Regulatory Commission

("FERC") to upgrade its Providence, Rhode Island LNG facility (the "Application").

2. All the proceedings before the Coastal Resources Management Council on KLNG's pending CZMA Consistency Determination and Application for Category B Assent are stayed under the following conditions.

If FERC grants KLNG's requested relief and reverses its prior Order of dismissal by November 18, 2005, then CRMC will commence its Federal Consistency Review and Category B Assent process. CRMC will have six (6) months from the issuance of FERC's Order reversing its prior Order of Dismissal, or thirty (30) days after this Court's Decision, whichever is later, to complete its Federal Consistency and Category B Assent process. The six (6) month period set forth in this paragraph will be extended by such time, if any, as KLNG uses to redesign the project and supplement its filing with CRMC to accommodate such conditions as may be imposed by any such FERC grant of KLNG's request.

In the event FERC does not reverse its prior Order of Dismissal by November 18, 2005, this stay of CRMC proceedings shall be vacated and CRMC will dismiss, without prejudice, KLNG's CZMA Consistency Determination and Application for Category B Assent.

Pursuant to 16 U.S.C §1451 et seq., KLNG will notify the pertinent federal agencies of this agreement, will provide a copy to those federal agencies, and will confirm to counsel that it has done so.

**State of Rhode Island**
By its Attorney
Patrick C. Lynch, Attorney General

By: Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x. 2116

By: Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x. 2231

**KeySpan LNG, L.P.**
By its Attorneys,

By: Gregory L. Benik, Esq. (#1515)
John P. Walsh (#6709)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
(401) 751-8500 Telephone
(401) 553-6850 Facsimile

By: Terrence Tierney, Esq. (#2583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**The Rhode Island Coastal Resources Management Council, et al.**

Brian A. Goldman, Esq. (#3940)
Goldman Law Offices
681 Smith Street
Providence, RI 02908

**SO ORDERED:**

William E. Smith, U.S.D.J.

Dated: ~~September~~ October 6, 2005

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing was mailed to following on this 30th day of September 2005.

**COUNSEL FOR**
**THE STATE OF RHODE ISLAND**
**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

Michael Rubin, Esq. (#3656)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2116

Paul J. Roberti, Esq. (#4447)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400 x2231

Terrence Tierney, Esq. (32583)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

**COUNSEL FOR**
**CITY OF WARWICK**

Peter Ruggiero, Esq. (#5733)
Assistant City Solicitor
Ruggiero, Orton & Brochu
20 Centerville Road
Warwick, RI 02886

**COUNSEL FOR CRMC**

Brian A. Goldman, Esq. (#3940)
681 Smith Street
Providence, RI 02908
(401) 521-4100

**COUNSEL FOR**
**CITY OF EAST PROVIDENCE**

W. Mark Russo, Esq. (#3937)
Christopher M. Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

William J. Conley, Jr., Esq. (#2149)
City Solicitor – City of East Providence
East Providence City Hall
145 Taunton Avenue
East Providence, RI 02914

**COUNSEL FOR**
**CITY OF PROVIDENCE**

Adrienne G. Southgate, Esq. (33363)
Deputy City Solicitor
City of Providence
Department of Law
275 Westminster Street, Suite 200
Providence, RI 02903

